IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**KURT DAYTON GEHRING**,　　　　　　　　　　Civil Case No.  07-1686-AC

　　　　　　Petitioner,

　　　　　　　　　　　　　　　　　　　　　　O R D E R

　　　v.

**BRIAN BELLEQUE**,

　　　　　　Respondent.
_____

　　　Thomas J. Hester
　　　Assistant Federal Public Defender
　　　101 SW Main Street, Suite 1700
　　　Portland, Oregon  97204

　　　　　　Attorney for Petitioner

　　　Jacqueline Sadker Kamins
　　　State of Oregon
　　　1162 Court Street, NE
　　　Salem, Oregon  97301

　　　　　　Attorney for Respondent

Page 1 - ORDER

KING, Judge:

The Honorable John V. Acosta, United States Magistrate Judge, filed Findings and Recommendation on February 9, 2010. Petitioner filed timely objections to the Findings and Recommendation.

When either party objects to any portion of a magistrate's Findings and Recommendation concerning a dispositive motion or prisoner petition, the district court must make a de novo determination of that portion of the magistrate's report. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982). This court has, therefore, given de novo review of the rulings of Magistrate Judge Acosta.

This court ADOPTS the Findings and Recommendation of Magistrate Judge Acosta (#41) dated February 9, 2010 in its entirety.

IT IS HEREBY ORDERED that the Amended Petition for Writ of Habeas Corpus (#6) is denied and the case is dismissed.

DATED this   19th   day of March, 2010.

                             /s/ Garr M. King
                             GARR M. KING
                             United States District Judge